IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODERICK C. ADAMS,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | Civil Action No. 09-195<br>(Criminal No. 05-51) |

ORDER

AND NOW, this 17th day of February, 2009, the Court, having received petitioner's motion to vacate [document #87 at Criminal No. 05-51], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before March 17, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before March 31, 2009

BY THE COURT:

s/Gary L. Lancaster          , J.
Hon. Gary L. Lancaster,
United States District Judge

cc:    Roderick C. Adams
       2409 Riverview Street
       McKeesport, PA 15132
       (CERTIFIED MAIL)

       Margaret E. Picking,
       Assistant United States Attorney